UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN REID, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

WILD ATTIRE, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  1/16/2020
```

19 Civ. 5568 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 16, 2019, the Court ordered the parties to submit a joint status letter by January 15, 2020. ECF No. 18 ¶ 16. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter by **January 17, 2020**.

    SO ORDERED.

Dated: January 16, 2020
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge